# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

### JUDGMENT IN A CIVIL CASE

DARIAN COLEMAN,
Plaintiff,

                                                                 CASE NUMBER: 1:12-cv-1179 JDB/egb
v.                                                                         2:12-cv-2509 JDB/dkv

BNSF RAILWAY COMPANY,
Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 1/2/2014, judgment is hereby entered for the defendant.

**APPROVED:**

                                                  s/J. Daniel Breen
                                                  Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/Cassandra Ikerd
DEPUTY CLERK**